04-11122-NG

## AFFIDAVIT OF PROOF OF SERVICE

FILED
CLERKS OFFICE.

2004 JUN 10 A II: 28

U.S. DISTRICT COURT
DISTRICT OF MASS.

STATE OF OHIO            )
                         )
HAMILTON COUNTY          )

G. HOUSTON, being first duly sworn, deposes and says I received this writ on JUNE 2, 2004 and on JUNE 2, 2004 at 1:30 P.M. I served the within named Defendant SIGHT RESOURCES INC. by delivering and leaving a true copy of the SUMMONS & COMPLAINT personally with LINDA NOHRER at 6725 MIAMI AVENUE SUITE 102, Hamilton County, Cincinnati, Ohio.

At the same time of service I was duly authorized and acting Deputy Sheriff of Hamilton County, Ohio and over twenty-one years of age and not a party to this action.

SIMON L. LEIS JR., SHERIFF
HAMILTON COUNTY, OHIO

*/s/ Houston*

G. HOUSTON
Deputy Sheriff
Hamilton County, Ohio

Sworn to and subscribed in my presence this 3RD day of JUNE 2004.

*/s/ Lisa A. Pangallo*
Notary Public, State of Ohio

LISA A. PANGALLO
Notary Public, State of Ohio
My Commission Expires
April 8, 2007