UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

W.A. WILDE COMPANY
PLAINTIFF

V.

CIVIL ACTION: 04-11122-NG

SIGHT RESOURCE, INC.,
DEFENDANT

PROCEDURAL ORDER

GERTNER, D.J.                                            January 27, 2005

More than seven months have elapsed since service was effected in this matter and

no answer or appearance has been entered by the defendant(s).

Accordingly, counsel for the plaintiff is directed to file a status report within 20 days of

this Order, failing which this case will be subject to dismissal for lack of prosecution.

By the Court,

s/ Maryellen Molloy
Deputy Clerk