UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
W.A. WILDE COMPANY         )
                           )
        Plaintiff          )
                           )     C.A. No. 04-11122-NG
v.                         )
                           )
SIGHT RESOURCES, INC.      )
                           )
        Defendant          )
                           )
```

FILED
IN CLERKS OFFICE
2005 FEB -3  P 12: 32
U.S. DISTRICT COURT
DISTRICT OF MASS

## PLAINTIFF'S STATUS REPORT AND REQUEST FOR STAY

Pursuant to the Procedural Order dated January 27, 2005, the plaintiff, W.A. Wilde Company ("Wilde"), makes the following report:

1. Wilde brought this action against defendant Sight Resources, Inc. ("Sight"), a publicly-held Delaware Corporation with a principal place of business in Cincinnati, Ohio for commonlaw breach of contract for refusing and failing to pay for services rendered by Wilde, even after agreeing to a payment plan. The debt owed by Sight is approximately $270,000.00.

2. Soon after serving the Complaint upon Defendant, Wilde learned that the Defendant sought to reorganize under Chapter 11 of the Bankruptcy Code. The bankruptcy matter is pending in the Office of the United States Trustee, Cincinnati, Ohio, entitled In Re Sight Resource Corporation, et al., Case No. 04-14987, with the Honorable Judge Jeffrey P. Hopkins presiding.

3. Pursuant to Section 1102(a) of the Bankruptcy Code, the United States Trustee has appointed a creditors committee and a representative of Wilde is included in the committee.

WHEREFORE, Plaintiff respectfully requests that the Honorable Court stay the pending matter until the conclusion of Defendant's reorganization under Chapter 11 of the Bankruptcy Code.

        W.A. WILDE COMPANY
By their attorneys,

_____
Robert R. Pierce (BBO# 549172)
Jeff M. Seo (BBO# 644615)
PIERCE & MANDELL. P.C.
11 Beacon Street, Suite 800
Boston, MA 02108
617-720-2444

Dated: February 2, 2005

2