UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

<u>W.A. Wilde Company</u>
    Plaintiff,

v.                                                          Civil Action No.  04-11122-NG

<u>Sight Resources, Inc.,</u>
    Respondent,

**GERTNER, D.J.:**

**<u>ORDER OF ADMINISTRATIVE STAY/CLOSING</u>**

It is hereby ordered that the above entitled case is stayed/closed pending the resolution of the <u>Bankruptcy proceedings.</u>  To avoid the necessity of counsel appearing at periodic status conferences, it is hereby **ORDERED**:

The above-entitled action is hereby stayed/closed administratively without prejudice to the right of any party to restore it to the active docket upon termination of the <u>Bankruptcy proceedings</u>, if any further action is required.

Dated:6/21/05                                                              s/ Maryellen Molloy
                                                                                                 Deputy Clerk